■ WILLIAM H. SCHIMEK et al., Appellants, v ANTONIO PASSUCCI, Respondent. [788 NYS2d 887]—Appeal from an order of the Supreme Court, Erie County (Christopher J. Burns, J.), entered

April 28, 2004. The order granted defendant's motion for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Pigott, Jr., P.J., Green, Gorski, Martoche and Hayes, JJ.